IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MICHELLE R. Q., Plaintiff, | : : : : : : : : : | CIVIL ACTION |
| v. |  |  |
| FRANK J. BISIGNANO,[1] Commissioner of Social Security, Defendant. |  | No. 22-4770 |

# ORDER

**AND NOW,** this 22nd day of October, 2025, upon consideration of the Plaintiff's Request for Review (ECF No. 10), Defendant's Response in Opposition (ECF No. 11), and Plaintiff's Brief in Reply (ECF No. 12), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **GRANTED,** and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for an immediate award of benefits to Plaintiff consistent with the accompanying Memorandum Opinion. The calculation and payment of benefits for the disputed timeframe will take place within sixty (60) days of entry of this Order.

2. Judgment will be entered by separate order filed contemporaneously with this order.

---

[1] Frank J. Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_s/Pamela A. Carlos_
PAMELA A. CARLOS
United States Magistrate Judge
