## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MICHELLE R. Q., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FRANK J. BISIGNANO,[1] | : | No. 22-4770 |
| Commissioner of Social Security, | : | |
| Defendant. | : | |
| | : | |

## **JUDGMENT**

**AND NOW,** this 22nd day of October, 2025, in accordance with the Court's separate

Order granting Plaintiff's petition for remand, filed contemporaneously with this Judgment, and

pursuant to Federal Rule of Civil Procedure 58(a), it is hereby **ORDERED** that **JUDGMENT** is

entered in **FAVOR** of Plaintiff Michelle R. Q. and **AGAINST** the Defendant, Frank J.

Bisignano, Commissioner of Social Security.

BY THE COURT:

_s/Pamela A. Carlos_____
PAMELA A. CARLOS
United States Magistrate Judge

---

[1] Frank J. Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).